IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH,
BRANDIE HENSMAN, and
LINDA MARTINEZ,

      Plaintiffs,

v.

JERRY BALDWIN, *et al.*,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2006.**

      For good cause shown, Plaintiff's Motion to Amend the Summons and Caption of the Case [Filed March 8, 2006; Docket #10] is **granted**.  The Summons and Caption of this Case shall be amended to change the name "Rick Swores" to "Rick Soares."