IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH;
BRANDIE HENSMAN; and
LINDA MARTINEZ,

    Plaintiffs,

v.

JERRY BALDWIN, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion to Consolidate filed May 8, 2006, seeking to consolidate this action with <u>Tedder-McKay v. GRW Corp.</u>, civil action number 05-cv-01442-RPM, is **STRICKEN**.  Pursuant to D.C.COLO.LCivR 42.1, a motion to consolidate shall be decided by the district judge to whom the oldest numbered case involved in the consolidation is assigned for trial.  Accordingly, the motion to consolidate should have been filed in civil action number 05-cv-01442, since it is the oldest numbered case.

    Dated:  May 9, 2006

                                      <u>s\ Sharon Shahidi</u>
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U.S. District Court