IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH;
BRANDIE HENSMAN; and
LINDA MARTINEZ,

    Plaintiffs,

v.

JERRY BALDWIN, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment (filed June 16, 2006) is **STRICKEN** with leave to refile in accordance with this Court's Practice Standards.   First, the motion exceeds the page limits imposed by the Court, and Defendants did not seek leave of court to file a motion in excess of fifteen pages.

    Second, if the motion is construed as a motion to dismiss, it does not state what subsection of Rule 12 it is filed under as required by the Practice Standards.  If the pleading is construed as a Rule 12(b)(6) motion, it attaches matters outside the pleadings and would have to be converted to a motion for summary judgment.  Finally, if the motion is construed as a motion for summary judgment, it does not comply with the Court's Special Instructions Concerning Motions for Summary Judgment.  To avoid confusion and to have the correct standard applied by the Court, Defendants shall refile the motion as either a motion to dismiss or as a motion for summary judgment. Defendants shall not seek relief in the alternative under Rules 12 and 56.

    **As of May 30, 2006, my Practice Standards have been updated and revised. My Practice Standards are available from the Clerk of the Court and at www.cod.uscourts.gov**.  These Practice Standards shall govern all trials, hearings, and motions practice in my Courtroom.

    Dated:  June 19, 2006