IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH;
BRANDIE HENSMAN; and
LINDA MARTINEZ,

      Plaintiffs,

v.

JERRY BALDWIN,
RICK SOARES;
JOHN BONGIORNO;
JIM ALLEN;
MIKE ARELLANO;
THE CITY OF BRUSH;
STEVE TREADWAY;
MARK THOMAS;
GIL WALKER;
STEVE HARGETT;
GRW, a corporation;
John Does I to X; and
Jane Does I to X.

      Defendants.

---

## AMENDED ORDER

---

THIS MATTER is before the court on Plaintiffs' Unopposed Motion to Dismiss

Joe Ortiz (filed July 11, 2006).  The Court, having reviewed the motion and being fully

advised in the premises,

ORDERS that Plaintiff's Unopposed Motion to Dismiss Joe Ortiz is **GRANTED**.

Defendant Joe Ortiz is hereby **DISMISSED** from this matter, without prejudice, and will

hereafter be removed from the caption.

Dated:  July 17, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge