IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH,
BRANDIE HENSMAN, and
LINDA MARTINEZ,

    Plaintiffs,

v.

JERRY BALDWIN, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 19, 2006.**

    State Defendants' Motion for Limited Stay of Discovery [Filed June 22, 2006; Docket #48] is **granted** as specified. Both parties appear to agree that a stay of all discovery is appropriate until a ruling has issued on State Defendants' Motion to Dismiss based on governmental and qualified immunity. The Final Pretrial Conference scheduled for April 16, 2007, at 9:45 a.m. is hereby **vacated**, and discovery in this case is **stayed** until further order of this Court. The parties are directed to submit a joint status report within five days after a ruling has issued. The Court will enter appropriate discovery orders at that time.