IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH;
BRANDIE HENSMAN; and
LINDA MARTINEZ,

    Plaintiffs,

v.

JERRY BALDWIN,
RICK SOARES;
JOHN BONGIRNO;
JIM ALLEN;
MIKE ARELLANO;
THE CITY OF BRUSH;
STEVE TREADWAY;
MARK THOMAS;
GIL WALKER;
DICK MILLS;
GRW, a corporation;
John Does I to X; and
Jane Does I to X.

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Unopposed Motion to Withdraw State Defendants' Motion to Dismiss and Motion for Extension of Time (filed August 4, 2006) is **GRANTED**.  In accordance therewith, the Motion to Dismiss filed by John Bongirno, Jim Allen and Mike Arellano on June 22, 2006, is **DENIED AS MOOT** in light of the filing of the First Amended Complaint.  Defendants John Bongirno, Jim Allen and Mike Arellano are granted an extension of time up to and including **Monday, August 28, 2006**, to file a new motion to dismiss, answer or other responsive pleading to the First Amended Complaint.

    Dated:  August 7, 2006