IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH,
BRANDIE HENSMAN, and
LINDA MARTINEZ,

   Plaintiffs,

v.

JERRY BALDWIN, *et al.*,

   Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 28, 2006.**

   State Defendants' Unopposed Motion to Maintain Stay of Discovery [Filed August 25, 2006; Docket #72] is **granted**. Discovery in this case remains **stayed** until further order of this Court. The parties are directed to submit a joint status report within five days after a ruling has issued on Defendants' Motion to Dismiss First Amended Complaint. The Court will enter appropriate discovery orders at that time.