IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH;
BRANDIE HENSMAN;
LINDA MARTINEZ;
BOBBI ARNOLD,

     Plaintiffs,

v.

JERRY BALDWIN,
RICK SOARES;
JOHN BONGIRNO;
JIM ALLEN;
MIKE ARELLANO;
THE CITY OF BRUSH;
STEVE TREADWAY;
MARK THOMAS;
GIL WALKER;
DICK MILLS;
GRW, a corporation;
John Does I to X; and
Jane Does I to X.

     Defendants.

_____

**ORDER**
_____

     THIS MATTER is before the Court on the Motion to Dismiss Claims of Plaintiff Bobbi Arnold from Defendant Rick Soares, the City of Brush, Steve Treadway, Mark Thomas, Gil Walker and GRW Corporation filed August 28, 2006 [Docket # 77].  Attached to the response to the motion [Docket #85] is an affidavit and another matter outside the pleadings.

     As Defendants recognize in their reply brief [# 87], the argument at issue for which Plaintiff attached matters outside the pleading relates to exhaustion under the Prison Litigation Reform Act.  (Reply in Supp. of Mot. to Dismiss Pl. Bobbi Arnold with Prejudice at 2.)  This issue was raised by Defendants as grounds for dismissal under FED. R. CIV. P.

12(b)(6). *Id.* Accordingly, if the evidence attached to Plaintiff's response is not excluded, the motion to dismiss pursuant to Rule 12(b)(6) shall be treated as a motion for summary judgment. FED. R. CIV. P. 12(b); *Lucero v. Gunter*, 52 F.3d 874, 877 (10th Cir. 1995).

I find that it is appropriate to consider the evidence Plaintiff attaches to her response in resolving Defendants' motion. Accordingly, notice is hereby given that Defendants' motion to dismiss shall be treated as a motion for summary judgment and the evidence attached to the response shall be considered. I also will consider the materials Defendants attached to their reply in the event their motion to dismiss was converted. Further, any party who wishes to submit additional materials for the Court to consider in connection with the motion for summary judgment may do so by Tuesday, February 5, 2007.

In conclusion, it is

ORDERED that the Motion to Dismiss Claims of Plaintiff Bobbi Arnold from Defendant Rick Soares, the City of Brush, Steve Treadway, Mark Thomas, Gil Walker and GRW Corporation filed August 28, 2006 is converted to a motion for summary judgment. It is

FURTHER ORDERED that if any party wishes to submit additional material to be considered in connection with the motion for summary judgment, they shall do so by **Tuesday, February 5, 2007**.

Dated: January 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge