IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH;
BRANDIE HENSMAN;
LINDA MARTINEZ;
BOBBI ARNOLD,

    Plaintiffs,

v.

JERRY BALDWIN,
RICK SOARES;
JOHN BONGIRNO;
JIM ALLEN;
MIKE ARELLANO;
MARK THOMAS;
GIL WALKER;
DICK MILLS;
GRW, a corporation;
John Does I to X; and
Jane Does I to X.

    Defendants.
_____

## ORDER OF DISMISSAL
_____

The parties have filed a Stipulation for Dismissal with Prejudice between Plaintiffs Brandie Hensman and Bobbi Arnold and Defendants John Bongirno, Jim Allen, Mike Arellano, and Mark Thomas.  After a careful review of the Stipulation and the file, the court concludes that Plaintiffs' Brandie Hensman and Bobbi Arnold claims against Defendants John Bongirno, Jim Allen, Mike Arellano, and Mark Thomas, should be dismissed.  Accordingly, it is

ORDERED that Plaintiffs' Brandie Hensman and Bobbi Arnold claims and causes of action asserted against Defendants John Bongirno, Jim Allen, Mike Arellano, and Mark Thomas are **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney's fees.

Dated: February 9, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge