IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH,
BRANDIE HENSMAN, and
LINDA MARTINEZ,

    Plaintiffs,

v.

JERRY BALDWIN, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 14, 2007.**

    For good cause shown, and by agreement of the parties, the Joint Stipulated Motion for a Protective Order [Filed March 13, 2007; Docket #126] is **granted**. The Protective Order shall enter separately.