IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH,
BRANDIE HENSMAN, and
LINDA MARTINEZ,

      Plaintiffs,

v.

JERRY BALDWIN, *et al.*,

      Defendants.

---

## ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge**

Before the Court is Defendant's Unopposed Motion for Order Permitting Deposition of Plaintiff Bobbi Arnold as a Person Confined in Prision [sic] [Docket #141].  Pursuant to Fed. R. Civ. P. 30(a)(2), leave of Court must be obtained if the person to be examined during the deposition is confined in prison.  In this case, Plaintiff is incarcerated in Wyoming Women's Center in Lusk, Wyoming.  Defendants have contacted Wyoming Women's Center and have received approval to depose Plaintiff on August 31, 2007.

Based upon a review of the record herein, the court finds that the discovery sought by Defendant through Plaintiff's deposition is necessary and appropriate to the case.  Therefore, cause has been shown for the granting of the motion, and any limitations under Fed. R. Civ. P 26(b)(2) would not apply.  Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

Accordingly, Defendant's Unopposed Motion for Order Permitting Deposition of Plaintiff Bobbi Arnold as a Person Confined in Prision [sic] [Filed August 14, 2007; Docket #141] is **granted**. The deposition is subject to the limitations of Rule 30(d) and further subject to all rules and

regulations which Plaintiff's place of incarceration may impose in connection with its accommodation

of the deposition.

Dated at Denver, Colorado this 14th day of August, 2007.

BY THE COURT:


 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge