IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 05-cv-02541-WYD-MEH     Date:  November 13, 2007
Courtroom Deputy: Cathy Coomes            **FTR – Courtroom C203**

| | |
|---|---|
| JENNIFER GORDON-SMITH,<br>BRANDIE HENSMAN,<br>LINDA MARTINEZ, and<br>BOBBI ARNOLD, | Julia Yoo |
| Plaintiffs, | |
| vs. | |
| JERRY BALDWIN,<br>RICK SOARES, | Tiffaney A. Norton<br>Thomas Lyons |
| GIL WALKER,<br>GRW CORPORATION,<br>DICK MILLS,<br>JOHN BONGIRNO,<br>JIM ALLEN,<br>MARK THOMAS, and<br>MIKE ARELLANO, | Richard Anguiano |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:** **10:01 a.m.**

Court calls case.  Appearances of counsel by telephone

Argument and discussion regarding State Defendants' Partially Unopposed Motion to Vacate the November 19, 2007, Settlement Conference and the December 14, 2007, Final Pretrial Conference and Extend Certain Deadlines (Doc. #170, filed 11/8/07).

**ORDERED:**  1.   State Defendants' Partially Unopposed Motion to Vacate the November 19, 2007, Settlement Conference and the December 14, 2007, Final Pretrial Conference and Extend Certain Deadlines (Doc. #170, filed 11/8/07) is

       GRANTED in part and DENIED in part as stated on the record.

2. The deadline for all fact discovery is extended to **December 7, 2007.**

3. The deadline for all expert discovery is extended to **January 7, 2008.**

4. The Final Pretrial Conference set for December 14, 2007, is VACATED and RESET to **March 31, 2008, at 9:30 a.m.** In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **on or before March 24, 2008.**

5. The Settlement Conference set for November 19, 2007, is VACATED and RESET to **January 3, 2008, at 3:30 p.m.  <u>The parties and counsel are instructed to arrive for the Settlement Conference at 2:30 p.m.</u>** Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.  Counsel should **e-mail** confidential settlement statements with attachments and exhibits to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **on or before December 26, 2007,** outlining the facts and issues in the case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

**Court in recess:**    **10:28 a.m.  (Hearing concluded)**
**Total time in court:**  0:27