IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH;
BRANDIE HENSMAN;
LINDA MARTINEZ; and
BOBBI ARNOLD,

      Plaintiffs,

vs.

JERRY BALDWIN;
RICK SOARES;
JOHN BONGIRNO;
JIM ALLEN;
MIKE ARELLANO;
MARK THOMAS;
GIL WALKER;
DICK MILLS; and
GRW, a corporation,

      Defendants.

---

## ORDER

---

THE COURT, having considered Plaintiffs' Unopposed Motion to Dismiss Defendant Jim Allen and being fully advised in the premises, hereby

ORDERS that Plaintiffs' Unopposed Motion to Dismiss Defendant Jim Allen (docket # 176) is **GRANTED**.  Defendant Jim Allen is hereby dismissed from this action, with prejudice, and each party shall pay its own costs.

Dated:  November 27, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge