IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH,
BRANDIE HENSMAN, and
LINDA MARTINEZ,

      Plaintiffs,
v.

JERRY BALDWIN, *et al.*,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 14, 2008.**

      Plaintiffs' Motion to Withdraw Motion Compelling Documents from the Inspector General as Being Moot [Filed January 10, 2008; Docket #194] is **granted**. Plaintiff's Motion to Compel [Filed December 7, 2007; Docket #181] is **denied as moot**.