IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH;
BRANDIE HENSMAN;
LINDA MARTINEZ; and
BOBBI ARNOLD,

    Plaintiffs,

vs.

JERRY BALDWIN;
RICK SOARES;
JOHN BONGIRNO;
MIKE ARELLANO;
MARK THOMAS;
GIL WALKER;
DICK MILLS; and
GRW, a corporation,

    Defendants.

## ORDER

THE COURT, having considered Plaintiffs' Unopposed Motion to Dismiss Punitive Damage Claims as against Individual State Defendants and being fully advised in the premises, hereby

ORDERS that Plaintiffs' Unopposed Motion to Dismiss Punitive Damages Claims as Against Individual State Defendants (docket # 204) is **GRANTED**. The punitive damages claims against the individual State Defendants are hereby **DISMISSED WITH PREJUDICE**, each party shall pay his or her own costs and attorneys' fees.

Dated: February 1, 2008

                                BY THE COURT:

                                <u>s/ Wiley Y. Daniel</u>
                                Wiley Y. Daniel
                                U. S. District Judge