IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH;
LINDA MARTINEZ;
BOBBI ARNOLD,

    Plaintiffs,

v.

JERRY BALDWIN,
RICK SOARES;
JOHN BONGIRNO;
JIM ALLEN;
MIKE ARELLANO;
MARK THOMAS;
GIL WALKER;
DICK MILLS;
GRW, a corporation,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER is before the Court on the Parties' Joint Stipulated Motion to Dismiss Each Individual Defendant With Prejudice (filed March 20, 2008). The Court, having reviewed the motion and being fully advised in this matter, hereby

ORDERS that the Parties' Joint Stipulated Motion to Dismiss Each Individual Defendant With Prejudice (filed March 20, 2008) is **GRANTED**. Each of the individual Defendants in this matter and the case in its entirety are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear her, his or its own costs and fees, including attorney fees.

Dated this 20th day of March, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES DISTRICT JUDGE