IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH;
LINDA MARTINEZ;
BOBBI ARNOLD,

    Plaintiffs,

v.

JERRY BALDWIN,
RICK SOARES;
JOHN BONGIRNO;
JIM ALLEN;
MIKE ARELLANO;
MARK THOMAS;
GIL WALKER;
DICK MILLS;
GRW, a corporation,

    Defendants.
_____

## AMENDED ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER is before the Court on the Unopposed Motion to Modify Order Dismissing Individual Defendants with Prejudice issued March 21, 2008. The Parties earlier submitted their Joint Stipulated Motion to Dismiss Individual Defendants with Prejudice. By Order of March 21, 2008, the Court inadvertently dismissed the entire matter rather than just the individual Defendants. Defendant GRW Corporation now seeks to have the Court amend or modify that Order to accurately reflect that only the individual Defendants are dismissed.

The Court, having reviewed the motion and being fully advised in this matter,

ORDERS that the Unopposed Motion to Modify Order Dismissing Individual Defendants with Prejudice issued March 21, 2008 is **GRANTED**.  In accordance therewith, it is

ORDERED that the Order of March 21, 2008, is **AMENDED** to reflect that each of the individual Defendants in this matter is **DISMISSED WITH PREJUDICE**.  Each party shall bear her, his or its own costs and fees, including attorney fees.  The case remains pending against Defendant GRW Corporation.

Dated this 20th day of March, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES DISTRICT JUDGE