IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02541-WYD-MEH

JENNIFER GORDON-SMITH;
LINDA MARTINEZ; and
BOBBI ARNOLD,

    Plaintiffs,

vs.

GRW, a corporation,

    Defendants.

---

**ORDER**

---

    THIS MATTER is before the Court on the Joint Stipulated Motion to Dismiss With Prejudice filed April 14, 2008. The Court, being fully advised in this matter,

    ORDERS that the Joint Stipulated Motion to Dismiss with Prejudice is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**. Each party shall bear her or its own costs and fees, including attorney fees.

    Dated: April 14, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge